```
JONATHAN ALLAN NEWMONS          ELAN FIN SVCS                   SYNCHRONY BANK
20011 LITTLE RD                 ATTN: BNAKRUPTCY                ATTN: BANKRUPTCY DEPT.
SAUCIER, MS 39574               800 NICOLLET MALL               P.O. BOX 965065
                                MINNEAPOLIS, MN 55402           ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.          FIRST PREMIER BANK              TDRCS
THE ROLLINS LAW FIRM, PLLC      3820 N LOUISE AVE               TD RCS
P.O. BOX 13767                  SIOUX FALLS, SD 57107           COLUMBIA, SC 29202
JACKSON, MS 39236


1ST FRANKLIN                    HARLEY DAVIDSON FIN             TOWER LOAN
11010 HWY 49, SUITE 2           ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
GULFPORT, MS 39503              PO BOX 22048                    PO BOX 320001
                                CARSON CITY, NV 89721           FLOWOOD, MS 39232


ALL IN CREDIT UNION             INTERNAL REVENUE SERVI          US ATTORNEY GENERAL
ATTN: BANKRUPTCY                CENTRALIZED INSOLVENCY          US DEPT OF JUSTICE
PO DRAWER 8                     P.O. BOX 7346                   950 PENNSYLVANIA AVENW
DALEVILLE, AL 36322             PHILADELPHIA, PA 19101-7346     WASHINGTON, DC 20530-00


AMERIS BANK                     INTERNAL REVENUE SERVI          US BK CACS
3 CORPORATE SQUARE              C/O US ATTORNEY                 ATTN: BANKRUPTCY
ATLANTA, GA 30329               501 EAST COURT ST               PO BOX 5229
                                STE 4.430                       CINCINNATI, OH 45201
                                JACKSON, MS 39201


CAPITAL ONE                     LENDMARK FINANCIAL SER          WESTLAKE FINANCIAL
ATTN: BANKRUPTCY                1601 D HIGHWAY 40 EAST          ATTN: BANKRUPTCY
PO BOX 30285                    KINGSLAND, GA 31548-8000        PO BOX 76809
SALT LAKE CITY, UT 84130                                        LOS ANGELES, CA 90054


CITIBANK                        NAVISTAR FINANCIAL
CITICORP CR SRVS                2701 NAVISTART DR
PO BOX 790046                   LISLE, IL 60532
ST LOUIS, MO 63179


CITICORP                        SYNCB
PO BOX 6497                     ATTN: BANKRUPTCY
SIOUX FALLS, SD 57117           PO BOX 965060
                                ORLANDO, FL 32896


CREDIT ONE BANK                 SYNCB/CF MOTO
ATTN: BANKRUPTCY DEPT           ATTN: BANKRUPTCY
6801 CIMARRON RD                PO BOX 965060
LAS VEGAS, NV 89113             ORLANDO, FL 32896
```