Certificate Number: 05781-MSS-DE-040356800

Bankruptcy Case Number: 25-51704



05781-MSS-DE-040356800

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2025, at 8:51 o'clock AM PST, Jonathan Newmons completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 28, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President