MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re: Jonathan Allan Newmons

Case No.: 25-51704-KMS

*Debtor(s)*

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, First Tower Loan, LLC, doing business as Tower Loan of East Gulfport _____, a

[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

First Tower, LLC

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 12/01/2023      *Joseph T. McDaniel*
                       Attorney Signature

Joseph T. McDaniel           106499
Attorney Name                State Bar Number
406 Liberty Park Court
Address
Flowood, MS 39232
City, State, and Zip Code
601-992-0936          jmcdaniel@towerloan.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**