## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: Jonathan Allan Newmons | CHAPTER 13 |
| Debtor | CASE NO. 25-51704-KMS |

### OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Harley-Davidson Credit Corp ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor which is secured by a 2021 Harley-Davidson FLHXS Street Glide S, VIN: 1HD1KRP15MB674011 ("Property").

2. The amount owed on the Property as shown on the Proof of Claim submitted by Objector is $29,835.18 plus interest.

3. Debtor's Chapter 13 Plan proposes to value the Property at $17,7808.20 with an interest rate of 10%.

4. The Property is a luxury item and not needed for reorganization. Further, there is no equity in the Property.

5. Therefore, Objector's claim should be allowed as fully secured, should be paid direct outside of the plan based on contractual terms, or should be surrendered.

6. Other reasons to be presented at a hearing hereon.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its Property of $29,835.18 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Warren A. Cuntz, Jr. at wcuntz13@cableone.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Jonathan Allan Newmons
20011 Little Rd
Saucier, MS 39574

/s/ Charles Frank Fair Barbour