UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Jonathan Allan Newmons                                              CHAPTER 13
      Debtor                                                                   CASE NO. 25-51704-KMS

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Harley-Davidson Credit Corp, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

1. Harley-Davidson Financial Services, Inc ("HDFS," 100% direct owner of HDCC)
   222 W. Adams, Suite 2000
   Chicago, IL 60606

2. Harley-Davidson, Inc. (100% direct owner of HDFS)
   3700 W Juneau Ave.
   Milwaukee, WI 53208

                    Respectfully submitted,

                    **BENNETT LOTTERHOS SULSER**
                    **& WILSON, P.A.**

                    /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com