UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Jonathan Allan Newmons                                                    CHAPTER 13
        Debtor                                                          CASE NO. 25-51704-KMS

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, All In Credit Union ("Movant"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan proposed by the Debtor on the following grounds:

1. On May 25, 2023, Debtor executed a Retail Installment Sale Contract with Movant and purchased a 2018 RAM 1550 (VIN# 3C6UR5CL1JG391139) ("Vehicle").

2. Debtor purchased the Vehicle within 910 days of filing the bankruptcy petition.

3. The amount owed on the Vehicle as to be shown on the Proof of Claim to be submitted by Movant is approximately $43,168.11 plus interest.

4. Debtor's Chapter 13 Plan proposes an amount owed on the Vehicle at $28,708.20 with interest at 10%.

5. Debtor's proposed plan does not meet the requirements of section 1325(a) as the plan does not provide for payment of Movant's claim in full.

**WHEREFORE, PREMISES CONSIDERED,** Movant files its Objection to Chapter 13 Plan Confirmation and prays for full payment of its claim of $43,168.11 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

### CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Warren A. Cuntz, Jr. at wcuntz13@cableone.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Jonathan Allan Newmons
20011 Little Rd.
Saucier, MS 39574

/s/ Charles Frank Fair Barbour