___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 9, 2026**

___

The Order of the Court is set forth below. The docket reflects the date entered.

___

### UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Jonathan Allan Newmons                                                         CHAPTER 13
      Debtor                                                                                    CASE NO. 25-51704-KMS

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #21]

**CAME BEFORE THIS COURT** on Objection of All In Credit Union ("Objector") to the Chapter 13 Plan, and the Court does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor, which is secured by a 2018 RAM 1550 (VIN# 3C6UR5CL1JG391139) ("Property"), which was purchased within 910 days of filing the bankruptcy petition.

2. That the parties have agreed to amend the proposed Chapter 13 Plan to provide for payment on the Property from $28,708.20 to $43,168.11 with interest at the rate of 10.00% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $28,708.20 to $43,168.11 with interest at the rate of 10.00% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Phillip Brent Dunnaway (w/permission CB) for
Warren A. Cuntz, Jr.
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com