_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: Jonathan Allan Newmons            **CHAPTER 13**
    Debtor                                         **CASE NO. 25-51704-KMS**

### AMENDED AGREED ORDER ON OBJECTION TO PLAN [Dkt #19]

**CAME BEFORE THIS COURT** on motion, *ore tenus*, of Harley-Davidson Credit Corp ("Objector") to amend the previously entered Agreed Order on Objection to Plan [Dkt. #24], and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1. That this Amended Agreed Order amends the previously entered Agreed Order on Objection to Plan [Dkt. #24].

2. That Objector holds a claim against Debtor which is secured by a 2021 Harley-Davidson FLHXS Street Glide S, VIN: 1HD1KRP15MB674011 ("Property").

3. That the parties have agreed to amend the proposed secured payment on the Property from $17,7808.20 to $19,265.00 with interest at the rate of 10.00% per annum and for the remaining amount of Objector's claim to be allowed as unsecured.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the previously entered Agreed Order on Objection to Plan [Dkt. #24] is amended as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be

amended from $17,7808.20 to $19,265.00 with interest at the rate of 10.00% per annum and for the remaining amount of Objector's claim to be allowed as unsecured.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Phillip Brent Dunnaway (w/permission CB) for
Warren A. Cuntz, Jr.
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:       (601) 944-0467
cbarbour@blswlaw.com