# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51704  **Case Name:** Jonathan Allan Newmons

**Set:** 02/12/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

> Objection to Confirmation filed by First Tower Loan LLC dba Tower Loan of East Gulfport (Dkt. #17) - AGREED ORDER TO BE SUBMITTED BY MCDANIEL; EMAIL RECEIVED FROM MCDANIEL
>
> Ojbection to Confiramtion filed by Harley-Davidson Credit Corp. (Dkt. #19) - AGREED ORDER ENTERED 1/26/26
>
> Objection to Confirmation filed by All In Credit Union (Dkt. #21) - AGREED ORDER ENTERED 2/9/26

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Orders have been entered on the Objections filed by Harley-Davidson Credit Corp. (Dkt. #19) and All In Credit Union (Dkt. #21). McDaniel to submit an Agreed Order on the Objection filed by First Tower Loan LLC dba Tower Loan of East Gulfport [17]. Order due by 03/05/2026. Confirmation hearing removed. (mcc)