United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51704-KMS
Jonathan Allan Newmons     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Feb 09, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Jonathan Allan Newmons, 20011 Little Rd, Saucier, MS 39574-6067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

**Name**     **Email Address**

Charles F. F. Barbour
    on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com

Charles Frank Fair Barbour
    on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com

Joseph Todd McDaniel
    on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of East Gulfport jmcdaniel@towerloan.com, cedouglas@towerloan.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Jonathan Allan Newmons trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Warren A. Cuntz T1, Jr.
                      wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 6



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 9, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Jonathan Allan Newmons                                        CHAPTER 13
       Debtor                                                          CASE NO. 25-51704-KMS

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #21]

**CAME BEFORE THIS COURT** on Objection of All In Credit Union ("Objector") to the Chapter 13 Plan, and the Court does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor, which is secured by a 2018 RAM 1550 (VIN# 3C6UR5CL1JG391139) ("Property"), which was purchased within 910 days of filing the bankruptcy petition.

2. That the parties have agreed to amend the proposed Chapter 13 Plan to provide for payment on the Property from $28,708.20 to $43,168.11 with interest at the rate of 10.00% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $28,708.20 to $43,168.11 with interest at the rate of 10.00% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Phillip Brent Dunnaway (w/permission CB) for
Warren A. Cuntz, Jr.
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com