United States Bankruptcy Court
Southern District of Mississippi

In re:  
Jonathan Allan Newmons  
    Debtor

Case No. 25-51704-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Feb 09, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Allan Newmons, 20011 Little Rd, Saucier, MS 39574-6067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com |
| Charles Frank Fair Barbour | on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of East Gulfport jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jonathan Allan Newmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6        User: mssbad        Page 2 of 2
Date Rcvd: Feb 09, 2026        Form ID: pdf012        Total Noticed: 1

Warren A. Cuntz T1, Jr.
             wcuntzcourt@gport13.com   waccourt1@gmail.com

TOTAL: 6



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: Jonathan Allan Newmons | CHAPTER 13 |
| Debtor | CASE NO. 25-51704-KMS |

### AMENDED AGREED ORDER ON OBJECTION TO PLAN [Dkt #19]

**CAME BEFORE THIS COURT** on motion, *ore tenus*, of Harley-Davidson Credit Corp ("Objector") to amend the previously entered Agreed Order on Objection to Plan [Dkt. #24], and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1. That this Amended Agreed Order amends the previously entered Agreed Order on Objection to Plan [Dkt. #24].

2. That Objector holds a claim against Debtor which is secured by a 2021 Harley-Davidson FLHXS Street Glide S, VIN: 1HD1KRP15MB674011 ("Property").

3. That the parties have agreed to amend the proposed secured payment on the Property from $17,7808.20 to $19,265.00 with interest at the rate of 10.00% per annum and for the remaining amount of Objector's claim to be allowed as unsecured.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the previously entered Agreed Order on Objection to Plan [Dkt. #24] is amended as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be

amended from $17,7808.20 to $19,265.00 with interest at the rate of 10.00% per annum and for the remaining amount of Objector's claim to be allowed as unsecured.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Phillip Brent Dunnaway (w/permission CB) for
Warren A. Cuntz, Jr.
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com

2