

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: JONATHAN ALLAN NEWMONS                         Case No. 25-51704-KMS
                                                      Chapter 13 Proceedings

**AGREED ORDER ON FIRST TOWER LOAN, LLC, DOING BUSINESS AS TOWER LOAN OF EAST GULFPORT'S OBJECTION TO CONFIRMATION (#17)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#17) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $7,909.62 shall be treated as follows:**

**Secured:**    That **$3,950.00** shall be paid through the Plan together with interest at the annual till rate of 10.00% over the life of the Plan.

**Unsecured:**  That the remaining balance of the claim of **$3,959.62** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#17) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel_____
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232


/s/ Thomas Carol Rollins, Jr_____
Thomas Carl Rollins, Jr
For the Debtor
MSB#: _____
trollins@therollinsfirm.com
P.O. BOX 13767
Jackson, MS 39236


/s/ Phillip Brent Dunnaway, OBO_____
Warren A. Cuntz T1, Jr.
For the Trustee
wcuntzcourt@gport13.com
P.O. Box 3749
Gulfport, MS 39505