United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51704-KMS
Jonathan Allan Newmons Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Mar 03, 2026      Form ID: n031      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Allan Newmons, 20011 Little Rd, Saucier, MS 39574-6067 |
| 5588898 | + | 1st Franklin, 11010 Hwy 49, Suite 2, Gulfport, MS 39503-4191 |
| 5588900 | + | Ameris Bank, 3 Corporate Square, Atlanta, GA 30329-2014 |
| 5588910 | + | Lendmark Financial Ser, 1601 D Highway 40 East, Kingsland, GA 31548-6500 |
| 5588911 | + | Navistar Financial, 2701 Navistart Dr, Lisle, IL 60532-3637 |
| 5588915 | | Tdrcs, Td Rcs, Columbia, SC 29202 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5592691 | + | Email/Text: bankruptcy@1ffc.com | Mar 03 2026 19:39:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5612210 | + | Email/Text: BKRMailOps@weltman.com | Mar 03 2026 19:38:00 | ALL IN CREDIT UNION, c/o Weltman, Weinberg and Reis Co., L.P., 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 5588899 | | Email/Text: AllInBankruptNotifications@allincu.com | Mar 03 2026 19:38:00 | All in Credit Union, Attn: Bankruptcy, Po Drawer 8, Daleville, AL 36322 |
| 5599089 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 19:36:12 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5601163 | + | Email/Text: debbie.riner@amerisbank.com | Mar 03 2026 19:38:00 | Ameris Bank, 1705 E. First Street, Vidalia, Georgia 30474-8802 |
| 5588901 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2026 19:36:17 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5588902 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2026 19:47:56 | Citibank, Citicorp Cr Srvs, Po Box 790046, St Louis, MO 63179-0046 |
| 5588903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2026 19:47:56 | Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5588904 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2026 19:36:12 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5588905 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 03 2026 19:38:00 | Elan Fin Svcs, Attn: Bnakruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5588906 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2026 19:36:17 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5612997 | + | Email/Text: bankruptcy@towerloan.com | Mar 03 2026 19:38:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5588907 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 03 2026 19:39:00 | Harley Davidson Fin, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5605037 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: n031 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 03 2026 19:38:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5588909 | + | Email/Text: ebone.woods@usdoj.gov | Mar 03 2026 19:39:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5588908 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2026 19:38:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5608858 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2026 19:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5609250 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2026 19:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5589760 | | Email/Text: bk@lendmarkfinancial.com | Mar 03 2026 19:38:00 | Lendmark Financial Services, LLC., 2118 Usher Street, Covington, GA 30014 |
| 5610348 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 19:36:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5602313 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2026 19:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5588912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 19:36:10 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5588913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 19:36:11 | Syncb/cf Moto, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5588914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 19:36:17 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 5613734 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 03 2026 19:36:17 | Synchrony Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5614133 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 03 2026 19:36:17 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5596918 | ^ | MEBN | Mar 03 2026 19:32:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5588916 | | Email/Text: bankruptcy@towerloan.com | Mar 03 2026 19:38:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5596032 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 03 2026 19:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5588917 | ^ | MEBN | Mar 03 2026 19:32:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5588918 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 03 2026 19:38:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5588919 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 03 2026 19:38:00 | Westlake Financial, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | All In Credit Union |
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of East G |
| cr | | Harley-Davidson Credit Corp |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Mar 03, 2026 | Form ID: n031 | Total Noticed: 38 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com |
| Charles Frank Fair Barbour | on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of East Gulfport jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jonathan Allan Newmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51704−KMS
**Chapter:** 13

**In re:**

Jonathan Allan Newmons
aka Jonathan Newmons
20011 Little Rd
Saucier, MS 39574

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on March 3, 2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: March 3, 2026                              Danny L. Miller, Clerk of Court