**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Jonathan Allan Newmons, Debtor**          **Case No. 25-51704-KMS**
                                                                          **CHAPTER 13**

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The Chapter 13 Plan is modified to provide for payment of the secured claim of Synchrony Bank in the amount of $2,925.00 plus 10% interest. Said secured claim shall be paid through the Chapter 13 Trustee in accordance with the terms of the modified plan. Any remaining balance of Synchrony Bank's claim shall be treated as a general unsecured claim and paid pro rata with other unsecured creditors pursuant to the confirmed plan as modified. Except as expressly modified herein, all other provisions of the confirmed Chapter 13 Plan shall remain in full force and effect.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR