United States Bankruptcy Court

Southern District of Mississippi

In re:  Case No. 25-51704-KMS

Jonathan Allan Newmons  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6  User: mssbad  Page 1 of 2

Date Rcvd: Mar 31, 2026  Form ID: pdf012  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

**Recip ID  Recipient Name and Address**
db  + Jonathan Allan Newmons, 20011 Little Rd, Saucier, MS 39574-6067

  + WTI, 7300 COMMERCE DR, TUSCALOOSA, AL 35401-0441

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name  Email Address**

Charles F. F. Barbour
  on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com

Charles Frank Fair Barbour
  on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com

Joseph Todd McDaniel
  on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of East Gulfport jmcdaniel@towerloan.com, cedouglas@towerloan.com

Thomas Carl Rollins, Jr
  on behalf of Debtor Jonathan Allan Newmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-6                    User: mssbad                              Page 2 of 2
Date Rcvd: Mar 31, 2026                 Form ID: pdf012                        Total Noticed: 2

          USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

          wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JONATHAN ALLAN NEWMONS | CASE NO.:   25-51704 KMS |
| S.S.N. XXX-XX-9602 | |

### *AMENDED* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan[1].  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

**WTI**
**7300 COMMERCE DR**
**TUSCALOOSA, AL 35401**

is directed to deduct from Debtor's wages **THE AMENDED SUM OF **$3,119.00** per month effective with the payment due before noon on April 30th, 2026.**   Payments can be **MAILED** or paid electronically through **TFSBillpay.com/employer**.  If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

****THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BY NOON OF THE LAST BUSINESS DAY EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY) ****

**The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.**

**##END OF ORDER##**

_____

1  Payment increased due to pending Motion to Modify (DKT. 37).