**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| *In re:* | § | Chapter 13 |
| | § | |
| JONATHAN ALLAN NEWMONS, | § | Case No.: 25-51704-KMS |
| | § | |
| Debtor. | § | |

---

**MOTION FOR APPROVAL OF AGREED ORDER GRANTING STAY RELIEF AND
ABANDONMENT OF THE CHAPTER 13 ESTATE'S INTERESTS IN CERTAIN
ITEMS OF PERSONAL PROPERTY AND THE PROCEEDS THEREOF**

---

**COMES NOW** Navistar Financial Corporation ("Navistar Financial"), a creditor and party-in-interest interest in the above-captioned bankruptcy case and, pursuant to Rule 4001(d) of the Federal Rules of Bankruptcy Procedure, requests the Court's approval and entry of that certain proposed *Agreed Order Granting Stay Relief and Abandonment of the Chapter 13 Estate's Interests in Certain Items of Personal Property and the Proceeds Thereof* (the "Agreed Order") as is attached hereto and incorporated herein as **Exhibit "1"**, the subject matter of the proposed Agreed Order being any and all interests that Debtor and the above-captioned bankruptcy estate (collectively, the "Estate") may hold in in certain items of personal property identified in the Agreed Order and all proceeds thereof (collectively, the "Property").

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 1409.  This matter is a core proceeding under 11 U.S.C. § 157(b)(2).  Venue of this matter is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

2.      Navistar brings this Motion pursuant to Sections 105(a), 362(d) and 554 of the Bankruptcy Code, Bankruptcy Rules 4001and 6007, and Uniform Local Rule 4001-1(a).

4922-1137-4247v1
2925354-000018

3.      Navistar, the Estate and the Chapter 13 Trustee have reached an agreement providing for relief from the Section 362 automatic stay and Section 554 abandonment of the Estate's interests in the Property, and further agree that the 14 day stay of effectiveness provisions under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure should be waived.

4.      Navistar respectfully submits that the proposed Agreed Order accurately memorializes the agreement that has been reached between itself, the Estate and the Chapter 13 Trustee (collectively, the "Parties").

5.      Navistar further submits that pursuant to Bankruptcy Rule 9014(b) and 7004(b)(9), this Motion is served upon all necessary parties and that all necessary parties have approved the Agreed Order in the form attached hereto as Exhibit "1".

**WHEREFORE, PREMISES CONSIDERED**, Navistar requests that the Court give consideration to the Parties' proposed Agreed Order and, assuming the Court finds same to be well-taken, that the Court approve and enter the Agreed Order in substantially the form as is attached hereto as **Exhibit "1"**, together with any such other and further relief as is just and proper under the circumstances.

Respectfully submitted, this the 7th day of May, 2026.

NAVISTAR FINANCIAL CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:     */s/ Alan L. Smith*
          Alan L. Smith, Esq. (MS Bar No. 10345)

4922-1137-4247v1
2925354-000018

- 2 -

- 3 -

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
Alan Lee Smith, Esq. (MS Bar #10345)
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:     (601) 351-2455
Facsimile:     (601) 427-0050
Email: asmith@bakerdonelson.com

4922-1137-4247v1
2925354-000018

- 4 -

## CERTIFICATE OF SERVICE

I, Alan Lee Smith, Esq., do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Office of the United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz, Jr.
wcuntzcourt@gport13.com

Thomas C. Rollins, Jr. Esq.
trollins@therollinsfirm.com

Phillip Brent Dunnaway, Esq.
pdunnaway@gport13.com

This, the 7th day of May, 2026.

/s/ Alan L. Smith
Alan L. Smith, Esq. (MS Bar No. 10345)

4922-1137-4247v1
2925354-000018

- 4 -