**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| *In re:* | § | Chapter 13 |
| | § | |
| JONATHAN ALLAN NEWMONS, | § | Case No.: 25-51704-KMS |
| | § | |
| Debtor. | § | |

**AGREED ORDER GRANTING STAY RELIEF AND ABANDONMENT**
**OF THE CHAPTER 13 ESTATE'S INTERESTS IN CERTAIN ITEMS OF PERSONAL**
**PROPERTY AND THE PROCEEDS THEREOF**

**HAVING COME** before the Court on the *Motion for Approval of Agreed Order Granting Stay Relief and Abandonment of the Chapter 13 Estate's Interests in Certain Items of Personal Property and the Proceeds Thereof* [Bkr. Dkt. #___] (the "Motion") filed by Navistar Financial Corporation ("Navistar Financial"), a creditor and party-in-interest in the above-captioned bankruptcy case, and the Court being advised that Navistar; the Chapter 13 Trustee, Warren A. Cuntz (the "Trustee"); and the Debtor, Jonathan Allan Newmons (the "Debtor" and together with Navistar Financial and the Trustee, collectively, the "Parties") are in agreement as to the relief requested in the Motion.  The Court, having fully considered the request of the Parties, hereby finds that the Motion is well taken and should be granted so that entry of this Agreed Order is appropriate.  It is, therefore:

4898-2580-0615v1
2925354-000018

1

<span style="color:orange">Exhibit "1"</span>

**ORDERED AND ADJUDGED** that notice and opportunity for hearing and objection regarding the Motoin were adequate and appropriate under the circumstances so that, pursuant to U.L.R 4001-1(a)(1)(D)(ii) and F.R.B.P. 4001(d)(1)-(3), no further notice should be required;

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to 11 U.S.C. §362(d)(2), the automatic stay imposed by Section 362(a) of the Bankruptcy Code is terminated and annulled as to Navistar Financial and the Property (and all proceeds of the Property), with said Property being described with specificity in **Exhibit "A"** hereto;

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to 11 U.S.C. §554(a), all right, title or interest the Estate and the Debtor may hold in the Property and all proceeds thereof is hereby abandoned;

**IT IS FURTHER ORDERED AND ADJUDGED** that Navistar Financial is entitled and authorized to immediately exercise all of its rights and remedies in and to all of the Property and proceeds thereof under applicable non-bankruptcy law;

**IT IS FURTHER ORDERED AND ADJUDGED** that the relief provided by this Order is effective immediately upon entry and that the 14 day stay of effectiveness provisions under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that the relief provided by this Order shall constitute entry of a final judgment pursuant to Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

4898-2580-0615v1
2925354-000018

2

**AGREED AND SUBMITTED BY:**

*/s/ Alan L. Smith*
Alan L. Smith, Esq. (MS Bar No.10345)
BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:    (601) 351-8932
E-Mail:      asmith@bakerdonelson.com

*ATTORNEYS FOR NAVISTAR FINANCIAL CORPORATION*

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr. Esq. (MS Bar No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone:    (601) 500-5533
E-Mail:      trollins@therollinsfirm.com

*ATTORNEY FOR DEBTOR*

*/s/ Phillip Brent Dunnaway*
Phillip Brent Dunnaway, Esq. (MS Bar #100443)
OFFICE OF WARREN A. CUNTZ, JR.,
      STANDING CHAPTER 13 TRUSTEE
15487 Oak Lane – Suite 200
Gulfport, Mississippi 39503
Telephone:    (228) 831-9531
E-Mail:      pdunnaway@gport13.com

*ATTORNEY FOR CHAPTER 13 TRUSTEE*

4898-2580-0615v1
2925354-000018

**<u>Exhibit A – Property</u>**

2018 International model LT625 tractor unit VIN #3HSDZAPR9JN361115

All attachments, accessions, accessories, replacements parts, proceeds (including insurance proceeds) warranties, service contracts, documents and records arising from and/or related to the foregoing Property.