United States Bankruptcy Court

Southern District of Mississippi

In re:

Jonathan Allan Newmons

  Debtor

Case No. 25-51704-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6        User: mssbad        Page 1 of 2

Date Rcvd: May 12, 2026       Form ID: pdf012       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID**       **Recipient Name and Address**
db         +   Jonathan Allan Newmons, 20011 Little Rd, Saucier, MS 39574-6067

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Alan Lee Smith

       on behalf of Creditor Navistar Financial Corporation asmith@bakerdonelson.com

Charles F. F. Barbour

       on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com

Charles Frank Fair Barbour

       on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com

Joseph Todd McDaniel

       on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of East Gulfport jmcdaniel@towerloan.com, cedouglas@towerloan.com

Thomas Carl Rollins, Jr

       on behalf of Debtor Jonathan Allan Newmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6            User: mssbad            Page 2 of 2

Date Rcvd: May 12, 2026       Form ID: pdf012       Total Noticed: 1

United States Trustee
          USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

          wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 13 |
| | § | |
| JONATHAN ALLAN NEWMONS, | § | Case No.: 25-51704-KMS |
| | § | |
| Debtor. | § | |

## AGREED ORDER GRANTING STAY RELIEF AND ABANDONMENT OF THE CHAPTER 13 ESTATE'S INTERESTS IN CERTAIN ITEMS OF PERSONAL PROPERTY AND THE PROCEEDS THEREOF

**HAVING COME** before the Court on the *Motion for Approval of Agreed Order Granting Stay Relief and Abandonment of the Chapter 13 Estate's Interests in Certain Items of Personal Property and the Proceeds Thereof* [Bkr. Dkt. #42] (the "Motion") filed by Navistar Financial Corporation ("Navistar Financial"), a creditor and party-in-interest in the above-captioned bankruptcy case, and the Court being advised that Navistar; the Chapter 13 Trustee, Warren A. Cuntz (the "Trustee"); and the Debtor, Jonathan Allan Newmons (the "Debtor" and together with Navistar Financial and the Trustee, collectively, the "Parties") are in agreement as to the relief requested in the Motion. The Court, having fully considered the request of the Parties, hereby finds that the Motion is well taken and should be granted so that entry of this Agreed Order is appropriate. It is, therefore:

4898-2580-0615v1
2925354-000018

**ORDERED AND ADJUDGED** that notice and opportunity for hearing and objection regarding the Motoin were adequate and appropriate under the circumstances so that, pursuant to U.L.R 4001-1(a)(1)(D)(ii) and F.R.B.P. 4001(d)(1)-(3), no further notice should be required;

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to 11 U.S.C. §362(d)(2), the automatic stay imposed by Section 362(a) of the Bankruptcy Code is terminated and annulled as to Navistar Financial and the Property (and all proceeds of the Property), with said Property being described with specificity in **Exhibit "A"** hereto;

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to 11 U.S.C. §554(a), all right, title or interest the Estate and the Debtor may hold in the Property and all proceeds thereof is hereby abandoned;

**IT IS FURTHER ORDERED AND ADJUDGED** that Navistar Financial is entitled and authorized to immediately exercise all of its rights and remedies in and to all of the Property and proceeds thereof under applicable non-bankruptcy law;

**IT IS FURTHER ORDERED AND ADJUDGED** that the relief provided by this Order is effective immediately upon entry and that the 14 day stay of effectiveness provisions under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived; and,

4898-2580-0615v1
2925354-000018

**IT IS FURTHER ORDERED AND ADJUDGED** that the relief provided by this Order shall constitute entry of a final judgment pursuant to Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

**AGREED AND SUBMITTED BY:**

*/s/ Alan L. Smith*
Alan L. Smith, Esq. (MS Bar No.10345)
BAKER, DONELSON, BEARMAN,
     CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:   (601) 351-8932
E-Mail:     asmith@bakerdonelson.com
***ATTORNEYS FOR NAVISTAR FINANCIAL CORPORATION***

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr. Esq. (MS Bar No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone:   (601) 500-5533
E-Mail:     trollins@therollinsfirm.com
***ATTORNEY FOR DEBTOR***

*/s/ Phillip Brent Dunnaway*
Phillip Brent Dunnaway, Esq. (MS Bar #100443)
OFFICE OF WARREN A. CUNTZ, JR.,
     STANDING CHAPTER 13 TRUSTEE
15487 Oak Lane – Suite 200
Gulfport, Mississippi 39503
Telephone:   (228) 831-9531
E-Mail:     pdunnaway@gport13.com
***ATTORNEY FOR CHAPTER 13 TRUSTEE***

4898-2580-0615v1
2925354-000018

**Exhibit A – Property**

2018 International model LT625 tractor unit VIN #3HSDZAPR9JN361115

All attachments, accessions, accessories, replacements parts, proceeds (including insurance proceeds) warranties, service contracts, documents and records arising from and/or related to the foregoing Property.

4898-2580-0615v1
2925354-000018